# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

MICHAEL VELEZ,

                            Plaintiff,                   23 **CIVIL** 4758 (CS)

         -against-                    **<u>JUDGMENT</u>**

C.O. LASSITER.

                            Defendant.

------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 4, 2024, Defendant's motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

        December 4, 2024

                                             **TAMMI M. HELLWIG**
                                               **Clerk of Court**

                 **BY:**

                                   _____
                                           **Deputy Clerk**